# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

JOSEPH A. SESSEL                                                      PETITIONER

v.                              NO. 2:08CV00194 JLH

T.C. OUTLAW, WARDEN,
FCI FORREST CITY, ARKANSAS                                  RESPONDENT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE